No. 88–238. SNAVELY v. WATSON. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.